IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TYRONE L. HAYES                                                                                          PLAINTIFF

v.                                        Case No. 6:15-CV-06053

NURSE MELISSA REEVES, Garland County Jail;
and GARLAND COUNTY DETENTION CENTER                                      DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 9) from Chief United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to obey orders of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of March, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE